# Court of Appeals
# of the State of Georgia

ATLANTA, December 09, 2025

*The Court of Appeals hereby passes the following order:*

**A26A0407. IN THE INTEREST OF K. J., et al., CHILDREN (MOTHER).**

This appeal was docketed on September 12, 2025. The appellant's brief and enumeration of errors were due to be filed no later than October 2, 2025. See Ct. App. R. 23 (a) ("Appellant's brief shall be filed within 20 days after the appeal is docketed. Failure to file within that time, unless extended upon motion for good cause shown, may result in the dismissal of the appeal, and may subject the offending party and/or counsel to sanctions, including contempt."). The appellant failed to timely file a brief and enumeration of errors, and no extension of time for filing was requested. Accordingly, this appeal is ***DISMISSED***.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 12/09/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*